371 A.2d 1314

Trachtenberg, Appellant, v. Granowitz.

Argued November 12, 1976. Mark B. Aronson, with him Behrend and Aronson, for appellant; Patrick R. Riley, with him Robert J. Pfaff and Frederick N. Egler, for appellee.

Orders affirmed.

WATKINS, P. J., absent.

371 A.2d 1314

Wisgirda et al., Appellants, v. Webster.

Argued November 16, 1976. Robert L. Walker, with him Walker, Shafer, Dornhaffer, Swick & Bailey, for appellants; R. Charles Thomas, and Bozic, Thomas & Johnson, submitted a brief for appellee.

Judgment affirmed.

WATKINS, P. J., absent.